AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         NEW YORK

United States of America
-against-
Pedro Ramirez

**APPEARANCE**

Case Number: 07-CR-01126-DC-1

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Pedro Ramirez

I certify that I am admitted to practice in this court.

6/16/2008
Date

*[signature: Roy R. Kulcsar]*
Signature

Roy R. Kulcsar                                    RRK8079
Print Name                                        Bar Number

27 Union Square West
Address

New York          New York          10003
City              State             Zip Code

(201) 446-0294                      (201) 439-1478
Phone Number                        Fax Number