# ROY R. KULCSAR

Attorney at Law
27 Union Square West
Suite 503
New York, New York 10003

RRKLAW@AOL.COM

Tel: 201-446-0294
Fax: 201-439-1478

September 5, 2008

**BY TELECOPIER**
212-805-7906

Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Pedro Ramirez
       07 cr 1126 (DC)

Dear Judge Chin:

I am writing this Honorable Court to request an adjournment of the defendant's sentencing scheduled for September 8, 2008 until October 9, 2008 to allow Mr. Ramirez to meet with the Government to qualify for safety-valve.

I have substituted for prior counsel and am awaiting certain recordings to review with Mr. Ramirez in preparation for his safety-valve proffer.

Assistant United States Attorney Richard Tarlowe has consented to this request.

*[Handwritten annotation: Approved. Adjourned to Oct. 14, 2008, at 4:00 pm. SO ORDERED. USDJ 9/6/08]*

Thank you for your courteous consideration of this matter.

Most respectfully yours,

ROY R. KULCSAR

Cc:   Richard Tarlowe, Esq.
      Assistant United States Attorney
      By Telecopier